UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-112M |
| | : | |
| ISMAEL LOPEZ-CRUZ, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**<u>SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE</u>**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Keir Bradford, Esquire as attorney on behalf of Defendant, Ismael Lopez-Cruz, in the above-captioned matter.

  /s/   *Keir Bradford*
KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  June 30, 2008

PDF created with pdfFactory Pro trial version www.pdffactory.com